IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EDWARD THOMAS KENNEDY, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-4414 |
| | : | |
| JOSEPH F. LEESON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of October 2018, upon considering *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), Complaint (ECF Doc. No. 2), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3. Plaintiff's Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) without leave to file an amended complaint; and,

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.