IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
    Plaintiff,

v().

Civil Action No. 18-4414
TRIAL BY JURY DEMANDED

JOSEPH F. LEESON, et al.,
    Defendants.

## Objection

Edward Thomas Kennedy, Plaintiff is one of the people of the Pennsylvania, and in this court of record Objects to "Order" filed October 17, 2018, signed by Kearney, J, aka Mark A. Kearney, for it exceeds the jurisdiction of this court of record, and because the government and its agent exceeded its jurisdiction, Kennedy is injured in loss of rights.

### Take Judicial Cognizance

The country is a republic, and not a judicial dictatorship.

Date: October 29, 2018.

_____ (SEAL)
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Phone: 415-275-1244
Fax: 570-609-1810.
pillar.of.peace.2017@protonmail.com

Objection

## CERTIFICATE OF SERVICE

I certify that on October 8, 2018 I filed a copy of the above Objection with this Court's Clerk of the Court via US regular mail at Edward N. Cahn U.S. Courthouse & Federal Bldg. 504 W. Hamilton Street, Allentown, PA 18101.

                                                                                        _____  (SEAL)
                                                                                        Edward Thomas Kennedy